UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE ROGERS,<br><br>            Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>            Defendant. | Case No. EDCV 09-584 JC<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: September 21, 2010

                                            /s/

                                   Honorable Jacqueline Chooljian<br>                                   UNITED STATES MAGISTRATE JUDGE